USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___7/31/2020___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
WELLS FARGO BANK, NATIONAL
ASSOCIATION, AS TRUSTEE FOR THE
BENEFIT OF THE REGISTERED HOLDERS
OF UBS COMMERCIAL MORTGAGE TRUST
2018-C11, COMMERCIAL MORTGAGE PASS-
THROUGH CERTIFICATES, SERIES 2018-
C11,

                           Plaintiff,

          -against-

SHULEM GREEN and STEVE DEUTSCH,

                          Defendants.
------------------------------------------------------------- X

20-cv-4605 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

       WHEREAS on July 31, 2020, the parties appeared for an initial pretrial conference;

       WHEREAS a related mortgage foreclosure action is pending in the United States District Court for the Middle District of Pennsylvania; and

       WHEREAS both parties represented on the record that they consent to transferring this case to the Middle District of Pennsylvania;

       IT IS HEREBY ORDERED that the Court finds that this case should be transferred for the convenience of the parties and witnesses and in the interests of justice so that it may proceed in the same district where the related foreclosure action is pending and the at-issue real property is located.  Pursuant to 28 U.S.C. § 1404(a), the Clerk of Court is directed to transfer this case to the Middle District of Pennsylvania.

**SO ORDERED.**

Date:  July 31, 2020
       New York, New York

                                        **VALERIE CAPRONI**
                                        **United States District Judge**