```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/31/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
WELLS FARGO BANK, NATIONAL
ASSOCIATION, AS TRUSTEE FOR THE
BENEFIT OF THE REGISTERED HOLDERS
OF UBS COMMERCIAL MORTGAGE TRUST
2018-C11, COMMERCIAL MORTGAGE PASS-
THROUGH CERTIFICATES, SERIES 2018-
C11,

                              Plaintiff,

                   -against-

SHULEM GREEN and STEVE DEUTSCH,

                            Defendants.
-------------------------------------------------------------- X

20-cv-4605 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

       WHEREAS on July 31, 2020, the Court entered an order transferring this case to the Middle District of Pennsylvania (Dkt. 14);

       IT IS HEREBY ORDERED that the 7-day waiting period under Local Rule 83.1 is waived, and the Clerk of Court is directed to effectuate the transfer as soon as practicable.

**SO ORDERED.**

**Date:  July 31, 2020**
**New York, New York**

                                                             **VALERIE CAPRONI**
                                                              **United States District Judge**